**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Andrew Young,<br><br>                    Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>                    Respondents | Case No. 2:26-cv-00538-CDS-EJY<br><br>**Order Denying Application to<br>Proceed *in Forma Pauperis***<br><br>[ECF No. 1] |

Andrew Young, an individual incarcerated at Nevada's High Desert State Prison, initiated this federal habeas corpus action on February 26, 2026, by filing an application to proceed *in forma pauperis* (ECF No. 1), along with a petition for writ of habeas corpus (ECF No. 1-1) and a motion for appointment of counsel (ECF No. 1-2). On March 3, the Court received financial certificates showing the status of Young's prison accounts. ECF No. 4.

Based on the information in the *in forma pauperis* application and financial certificates, the Court determines that Young is able to pay the $5 filing fee, so his *in forma pauperis* application will be denied, and Young will be required to pay the filing fee before his petition and motion for appointment of counsel will be filed and this case may proceed.

IT IS THEREFORE ORDERED that the petitioner's application to proceed *in forma pauperis* **[ECF No. 1] is denied**. The petitioner has until April 20, 2026, to pay the $5 filing fee. If the petitioner does not pay the filing fee in the time allowed, this action may be dismissed without prejudice and without further advance notice.

Dated: March 4, 2026

_____
Cristina D. Silva
United States District Judge