# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Andrew Young,

    Petitioner

v.

Jeremy Bean, et al,

    Respondents

Case No. 2:26-cv-00538-CDS-EJY

**Order Granting Motion
for Appointment of Counsel
and Screening and Serving Habeas Petition**

**[ECF Nos. 1-1, 1-2]**

This action is a petition for a writ of habeas corpus, under 28 U.S.C. § 2254, by Andrew Young, an individual incarcerated at Nevada's High Desert State Prison. Young, acting pro se, has filed a petition for writ of habeas corpus (ECF Nos. 1-1, 7 (identical)) and a motion for appointment of counsel (ECF No. 1-2). Young has paid the filing fee for this action. ECF No. 6.

I have examined Young's petition as mandated by Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and I determine that it merits service upon the respondents. I will therefore order the petition served upon the respondents, and will direct the respondents to appear, but will not require any other action on their part at this time.

State prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam)). The court may, however, appoint counsel at any stage of the proceedings if the interests of justice so require. *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing Section 2254 Cases; *Chaney*, 801 F.2d at 1196. I find that the interests of justice call for appointment of counsel in this case. I therefore grant Young's motion for appointment of counsel and appoint the Federal Public Defender for the District of Nevada (FPD) to represent him.

It is therefore ordered that the petitioner's motion for appointment of counsel **[ECF No. 1-2] is granted**. The FPD is appointed to represent the petitioner. If the FPD is unable to represent the petitioner, because of a conflict of interest or other reason, alternate counsel will be appointed. Appointed counsel will represent the petitioner in all federal court proceedings relating to this matter, unless allowed to withdraw.

It is further ordered that the Clerk of Court is directed to electronically serve upon the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF No. 7). The FPD has until May 6, 2026, to file a notice of appearance, or to indicate to the court its inability to represent the petitioner in this case.

It is further ordered that the Clerk of Court is directed to add Aaron Ford, Attorney General of the State of Nevada, as counsel for the respondents and to provide the respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the Attorney General only. The respondents have until May 6, 2026, to appear in this action. The respondents will not be required to respond to the habeas petition at this time.

Dated: April 6, 2026

_____
Cristina D. Silva
United States District Judge