UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Andrew Young,

        Petitioner

v.

Jeremy Bean, et al,

        Respondents

Case No. 2:26-cv-00538-CDS-EJY

**Order Appointing Substitute Counsel for Petitioner**

[ECF No. 10]

This action is a petition for a writ of habeas corpus, under 28 U.S.C. § 2254, by Andrew Young, an individual incarcerated at Nevada's High Desert State Prison. In an order entered on April 7, 2026, I granted Young's motion for appointment of counsel and provisionally appointed the Federal Public Defender to represent him. ECF No. 8. On April 10, 2026, the Federal Public Defender filed a notice indicating that office has a conflict, precluding their representation of Young. I therefore appoint new counsel to represent Young and set a deadline for counsel to appear. I will enter a scheduling order after Young's appointed counsel appears.

It is therefore ordered that the Office of the Federal Public Defender for the District of Nevada is discharged from their appointment to represent the petitioner.

It is further ordered that, effective April 20, 2026, Christopher R. Oram (520 South 4th St., 2nd Floor, Las Vegas, NV 89101, 702-598-1471) is appointed to represent the petitioner. Counsel will represent the petitioner in all federal court proceedings relating to this matter, unless allowed to withdraw.

It is further ordered that Christopher R. Oram will until May 12, 2026, to file a notice of appearance as counsel for the petitioner.

It is further ordered that the Clerk of Court is kindly directed to:

- Update the docket to reflect this change of representation of the petitioner.
- Send a copy of this order to Christopher R. Oram, 520 South 4th St., 2nd Floor, Las Vegas, NV 89101.
- Send a copy of this order to the petitioner, Andrew Young, Inmate No. 92511, High Desert State Prison, P.O. Box 650, Indian Springs, NV 89070-0650.

Dated: April 21, 2026

_____
Cristina D. Silva
United States District Judge

2